FILED
JUN 19 2019
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 19-186 |
| CHRISTOPHER A. SENNETT | [UNDER SEAL] |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Carolyn J. Bloch, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant CHRISTOPHER A. SENNETT, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with violations of 18 U.S.C. §§ 2422(b), 2252(a)(2) and 2252(a)(4)(B).

Recommended bond: $100,000, 10 percent surety.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: /s/ Carolyn J. Bloch
CAROLYN J. BLOCH
Assistant U.S. Attorney
PA ID No. 53430